**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6946**
_____

JOSEPH MILLER,

              Plaintiff - Appellant,

      v.

CHRISTOPHER COLLIER, RN; NATALIE PURVIS, MD; CHARLOES
ZEITLER, Psy D; CHRISTINE ANCHAN, LGSW; ADELA VALADEZ-
MELTZER,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Ellen Lipton Hollander, District Judge.
(1:11-cv-03728-ELH)

_____

Submitted:  July 19, 2012         Decided:  July 26, 2012

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Miller, Appellant Pro Se.  Kathleen A. Ellis, Rebecca Ann
Sickenberger, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miller v. Collier, No. 1:11-cv-03728-ELH (D. Md. May 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED